UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 1:20-mj-02708-AOR

UNITED STATES OF AMERICA

v.

STEVEN MICHAEL CENEPHAT and
FRITZBERT JEAN JR.,

Defendants.
_____/

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?
   \_\_\_\_Yes  \_\_x\_\_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?
   \_\_\_\_Yes  \_\_x\_\_ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _/s/ Michael B. Homer_____
MICHAEL B. HOMER
Assistant United States Attorney
Court ID No. A5502497
99 Northeast 4th Street
Miami, Florida 33132-2111
Tel: (305) 961-9289
Michael.Homer@usdoj.gov

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>STEVEN MICHAEL CENEPHAT and<br>FRITZBERT JEAN JR.,<br><br>*Defendant(s)* | )<br>)<br>)  Case No.  1:20-mj-02708 -AOR<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of  February 10, 2020,  in the county of  Miami-Dade  in the Southern  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, United States Code, Section 922(g)(1) | Possession of a firearm and ammunition by a convicted felon |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

ATF Special Agent Phillip Holmes
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by FaceTime.

Date:  5/1/20

*Judge's signature*

City and state:  Miami, Florida  Hon. Alicia M. Otazo-Reyes, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

Your Affiant, Phillip Holmes, being duly sworn, deposes and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent ("SA") with the United States Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), and I have been so employed since July 2015. My duties involve the enforcement of federal laws concerning firearms, explosives, and arson. Prior to my work at ATF, I was a United States Border Patrol Agent for approximately three (3) years and a United States Federal Air Marshal for approximately five (5) years.

2. As an ATF SA, I am empowered by statute to enforce the laws of the United States, and to conduct investigations of, and make arrests for, offenses enumerated in Title 18, United States Code, Section 922, including but not limited to offenses involving the unlawful possession of firearms and ammunition.

3. This Affidavit is submitted for the limited purpose of establishing probable cause that, on or about February 10, 2020, STEVEN MICHAEL CENEPHAT ("CENEPHAT") and FRITZBERT JEAN JR. ("JEAN") each knowingly possessed a firearm and ammunition in and affecting interstate commerce, each knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

4. The statements contained in this Affidavit are based on my personal knowledge, as well as information relayed to me by other law enforcement officials. I have not included in this Affidavit each and every fact known to me. Rather, I have included only the facts that are sufficient to establish probable cause for the issuance of a criminal complaint against CENEPHAT and JEAN for the above-described criminal violation.

## PROBABLE CAUSE

### *Car Chase and Recovery of Firearms*

5. On or about February 10, 2020, at approximately 8:52 p.m., law enforcement officers were patrolling the Overtown neighborhood of Miami when they heard several gunshots. The officers drove south on Northwest 2nd Avenue, in the direction of the gunshots, to investigate.

6. Seconds later, the officers saw a silver Pontiac Grand Prix driving at a high rate of speed in the opposite direction, north on Northwest 2nd Avenue, near the cross street of Northwest 17th Street. The officers saw that two men were in the car: the driver, and a man in the middle of the backseat. The officers activated their vehicle's sirens, and the Grand Prix sped away. The officers pursued the Grand Prix and a high-speed chase ensued.

7. The officers continued to pursue the fleeing Grand Prix for approximately seven minutes, into Liberty City, until the Grand Prix crashed in the vicinity of Northwest 13th Avenue and 77th Terrace. The officers immediately exited their vehicle, drew their weapons, approached the Grand Prix, and saw two men inside: the driver, later identified as JEAN, and a man in the middle of the backseat, later identified as CENEPHAT.

8. The officers looked into the Grand Prix and saw, in plain view, multiple spent casings scattered throughout the front and back of the vehicle. The officers also saw, in plain view, the barrel of an assault rifle, protruding from a dark-colored backpack located on the rear floorboard of the vehicle.

9. Law enforcement applied for and obtained a search warrant for the Grand Prix. Law enforcement executed the warrant and recovered, *inter alia*:

   a. One (1) American Tactical Imports Omni Hybrid Maxx .223 caliber semi-automatic firearm, with one (1) live .223 round in the chamber and two (2) live .223

rounds in the attached magazine, along with a second magazine containing twenty (20) additional live .223 rounds, all located inside the dark-colored backpack on the rear floorboard of the Grand Prix; and

b. One (1) Glock 43 9mm caliber semi-automatic firearm, located on the rear floorboard, hidden underneath the dark-colored backpack containing the Omni Hybrid Maxx firearm.

10. These firearms and ammunition were manufactured outside of Florida and traveled in interstate and/or foreign commerce.

11. CENEPHAT and JEAN have each been convicted of numerous felony offenses, and neither has had his right to possess a firearm restored.

### *Drive-By Shooting*

12. Prior to the above-referenced car chase, at approximately the same time that the officers patrolling Overtown heard nearby gunshots, a "ShotSpotter"—a strategically placed acoustic sensor which uses audio pulse data, mulitlateration, and machine learning algorithms to calculate the presence and location of gunshots—notified law enforcement that eighteen (18) gunshots had just been fired at 1514 Northwest 2nd Avenue, Miami, Florida (hereinafter, the "Apartment Complex").

13. The Apartment Complex is located only two blocks south from where the officers who heard the gunshots first encountered the Grand Prix as it sped north on Northwest 2nd Avenue, away from the Apartment Complex, seconds after those officers heard gunshots.

14. Law enforcement officers responded to the Apartment Complex. Outside the Apartment Complex, officers found an injured man (hereinafter, the "Victim") who had just been shot in the head.

3

15. Officers recovered numerous spent casings from the scene of the shooting, including .223 caliber casings and 9mm caliber casings. Forensic analysis of these casings confirmed they were fired by the same Omni Hybrid Maxx and Glock 43 semiautomatic firearms that were recovered from inside the Grand Prix driven by CENEPHAT and JEAN.

16. Officers obtained video surveillance footage from the Apartment Complex which shows the exterior of the Apartment Complex at the time of the shooting. This surveillance video shows the Victim walking near the Apartment Complex, when a four-door sedan, driving north on Northwest 2nd Avenue, stops near the Victim, with the driver side of the sedan facing the Victim. The video then shows concentrated bursts of light, consistent with gunshots, appearing from both the front driver side window and the rear driver side window of the sedan.

17. Although the appearance of the shooters inside the sedan cannot be ascertained on the video, the appearance of the sedan on the video is consistent with the appearance of the silver Pontiac Grand Prix driven by CENEPHAT and JEAN.

[THIS SPACE INTENTIONALLY LEFT BLANK]

## CONCLUSION

18. Based on my training and experience, and as further supported by the facts in this Affidavit, I respectfully submit that probable cause exists that, on or about February 10, 2020, CENEPHAT and JEAN each knowingly possessed a firearm and ammunition in and affecting interstate commerce, each knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1).

FURTHER YOUR AFFIANT SAYETH NAUGHT.

_____
PHILLIP HOLMES
ATF SPECIAL AGENT

Attested to in accordance with the requirements
of Fed. R. Crim. P. 4.1 by FaceTime
this 1st day of May, 2020.

_____
HONORABLE ALICIA M. OTAZO-REYES
UNITED STATES MAGISTRATE JUDGE

5